UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:24-cv-22760-JEM

HOWARD COHAN,

Plaintiff,

vs.

SUSHI MAKI KENDALL MARKETPLACE, LLC,
a Florida Limited Liability Company,
d/b/a SUSHI MAKI,

Defendant(s).
_______________________________________/

## JOINT NOTICE OF SETTLEMENT

The Plaintiff, HOWARD COHAN and the Defendant, SUSHI MAKI KENDALL MARKETPLACE, LLC, a Florida Limited Liability Company, d/b/a SUSHI MAKI, (the Parties) by and through their undersigned counsel, hereby notify the Court that the Parties have reached agreement on terms of a settlement and are in the process of executing a Settlement Agreement. The Parties request not to be required to file any further responses, motions, and/or pleadings and will file a stipulation of dismissal with prejudice within thirty (30) days.

RESPECTFULLY SUBMITTED September 9, 2024.

By: **/s/ Gregory S. Sconzo**
Gregory S. Sconzo, Esq.
Florida Bar No.: 0105553
Sconzo Law Office, P.A.
3825 PGA Boulevard, Suite 207
Palm Beach Gardens, FL 33410
Telephone: (561) 729-0940
Facsimile: (561) 491-9459
Email: greg@sconzolawoffice.com
Email: perri@sconzolawoffice.com
Attorney for Plaintiff

By: **/s/ Rodolfo Gomez**
Rodolfo Gomez
Florida Bar No.: 0820903
rgomez@fordharrison.com
FORD & HARRISON LLP
1 S.E. 3rd Avenue
Suite 2130
Miami, Florida 33131
Telephone: (305) 808-2100
Facsimile: (305) 808-2101
Attorney for Defendant

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 9, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via transmission of Notices of Electronic Filing generated by CM/ECF.

**/s/ Gregory S. Sconzo**
**Gregory S. Sconzo, Esq.**