UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:24-CV-22760-JEM

HOWARD COHAN,

Plaintiff,

v.

SUSHI MAKI KENDALL
MARKETPLACE, LLC,
d/b/a Sushi Maki

Defendant.
_________________________________/

**PLAINTIFF'S STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff, HOWARD COHAN, ("Plaintiff"), by and through undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby dismisses this action with prejudice, with each party to bear its own attorney's fees and costs.

STIPULATED AND AGREED on the dates below written.

Respectfully submitted on September 18, 2024.

*/s/ Gregory S. Sconzo*
Florida Bar No. 0105553
Sconzo Law Office P.A.
3825 PGA Boulevards, Suite 20
Palm Beach Gardens, Fl 33410
Telephone: (561) 729-0940
Email: greg@sconzolawoffice.co
*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 18th day of September 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the Service List below in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ Gregory S. Sconzo__
Attorneys for Plaintiff

**SERVICE LIST**

Rodolfo Gomez, Esq.
FordHarrison LLP
One S.E. 3rd Avenue, Suite 2130
Miami, Florida 33131
Telephone: (305) 808-2100
Facsimile: (305) 808-2101
rgomez@fordharrison.com
Counsel for Defendant