UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**Case Number: 24-22760-CIV-MARTINEZ**

HOWARD COHAN,

Plaintiff,

v.

SUSHI MAKI KENDALL MARKETPLACE, LLC,

Defendant.

_______________________________________/

**FINAL ORDER OF DISMISSAL WITH PREJUDICE**

**THIS MATTER** came before this Court on Plaintiff's Stipulation of Dismissal with Prejudice (the "Stipulation"), (ECF No. 9). This Court has reviewed the Stipulation and pertinent portions of the record and is otherwise fully advised in the premises. Accordingly, it is:

**ORDERED AND ADJUDGED** that this action is **DISMISSED WITH PREJUDICE**. All pending motions in this case are **DENIED** as **MOOT**, and this case is **CLOSED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 18 day of September, 2024.

_______________________________
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
All Counsel of Record